KIMBRO *v.* HEER, WARDEN.

No. 751, Misc.   Decided February 20, 1967.

Petitioner *pro se.*

*George F. McCanless,* Attorney General of Tennessee, and *Henry C. Foutch* and *Paul E. Jennings,* Assistant Attorneys General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States District Court for the Middle District of Tennessee, for a hearing. *Townsend* v. *Sain,* 372 U. S. 293.

MR. JUSTICE STEWART is of the opinion that certiorari should be denied.